UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENARO SERRATO,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-01345 KES EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING ACTION TO FRESNO COUNTY SUPERIOR COURT<br><br>Docs. 4, 8, 13 |

Genaro Serrato initiated this action in Fresno County Superior Court, Case No. 26CECG00057, stating several claims under California law against his former employer, WestRock Services, LLC and Karen Azzara, the company's human resources representative. *See generally* Doc. 1-2. Defendants removed the action to the district and WestRock Services filed a motion to dismiss. Docs. 1, 4. Serrato filed a motion to remand and request for attorneys' fees. Doc. 8. The Court referred the pending motions the assigned magistrate judge for the preparation of findings and recommendations. Doc. 12.

On April 17, 2026, the magistrate judge issued findings and recommendations, recommending: (1) Serrato's motion to remand be granted; (2) Serrato be awarded $4,855 in attorney's fees; and (3) Defendant's motion to dismiss be denied as moot. Doc. 13. On May 4, 2026, the parties filed a stipulation requesting the Court adopt the findings and recommendations in full and remand the action to Fresno County Superior Court. Doc. 14.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. After carefully reviewing the entire matter, the Court finds that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on April 17, 2026 (Doc. 13) are ADOPTED in full.

2. Plaintiff's motion to remand (Doc. 8) is GRANTED.

3. This matter is REMANDED to the Fresno County Superior Court.

4. The Clerk of the Court is directed to mail a certified copy of the order of remand to the Clerk of the Fresno County Superior Court pursuant to 28 U.S.C. § 1447(c).

5. Plaintiff is AWARDED attorney's fees in the amount of $4,855, and WestRock is ordered to pay said sum to Plaintiff's counsel of record, Sarabian Law, APC, within fourteen (14) calendar days of entry of this Order.

6. The motion to dismiss filed by Defendant WestRock Services, LLC (Doc. 4) is DENIED as moot.

IT IS SO ORDERED.

Dated:    May 6, 2026

_____
UNITED STATES DISTRICT JUDGE